Commonwealth *v.* Campus, Appellant.

Submitted September 14, 1970. *James R. Anzalone,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Carey, Appellant.

Argued September 22, 1970. *Ray E. Machen,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.